

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Alfredo A. Galindo and Idalia M. Galindo; Elizabeth Bohorquez; and Michael Whitmire,

\* From the 201st District Court of Travis County, Trial Court No. D-1-GN-05-000574.

Vs. No. 11-12-00034-CV

\* February 21, 2014

Prosperity Partners, Inc. et al.,

\* Opinion by Bailey, J. (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order imposing sanctions and the order of dismissal below. Therefore, in accordance with this court's opinion, the orders of the trial court are reversed. Judgment is rendered that Prosperity Partners, Inc.; Comet Financial Corporation; Great West Life & Annuity Insurance Company; and Bransen Incorporated take nothing on their sanctions claims as to Alfredo A. Galindo and Idalia M. Galindo. The cause is remanded to the trial court for further proceedings consistent with our opinion. The costs incurred by reason of this appeal are taxed against Prosperity Partners, Inc.; Comet Financial Corporation; Great West Life & Annuity Insurance Company; and Bransen Incorporated.